# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**



| **THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.** |
| --- |

| Receipt Number<br>EAC2105051204 | | Case Type<br>I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
| --- | --- | --- |
| Received Date<br>11/19/2020 | Priority Date | Applicant<br>BUDDE, SRUJANA |
| Notice Date<br>11/19/2020 | Page<br>1 of 1 | Beneficiary<br>BUDDE, SRUJANA |

SRUJANA BUDDE
c/o MR SAINATH BANDARI
7863 RIVER ROCK WAY
COLUMBIA MD 21044

Notice Type: Receipt Notice
Amount received: $455.00 U.S.

This notice confirms that USCIS received your application or petition ("this case") as shown above.
If any of the information in your notice is incorrect or you have any questions about your case, you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.
Processing time - Processing times vary by form type.
  • Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
  • If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
  • When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

If your address changes - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

Return of Original Documents - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Beneficiary(ies):
| Name | DOB | COB | | Class |
| --- | --- | --- | --- | --- |
| BUDDE, SRUJANA | ▬▬▬ | INDIA | | |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

## THE UNITED STATES OF AMERICA

**I-797A | NOTICE OF ACTION** | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number EAC1906451132 | Case Type 1539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|
| Received Date 12/19/2018 | Priority Date | Applicant BUDDE, SRUJANA |
| Notice Date 01/15/2019 | Page 1 of 1 | Beneficiary BUDDE, SRUJANA |

| SRUJANA BUDDE<br>c/o SRINIVAS CHERUKURI<br>200 MOTOR PARKWAY STE D 26<br>HAUPPAUGE NY 11788 | Notice Type: Approval Notice<br>Class: E3D<br>Valid from 03/01/2019 to 02/28/2021 |
|---|---|

The above application for extension of stay is approved. The temporary stay of the named applicant(s) is authorized to the date shown above.

The I-94 attached below may contain a grace period of up to 10 days before and up to 10 days after the above validity period, if such grace period is authorized by the principal alien's nonimmigrant classification. The following principal alien nonimmigrant classifications may be eligible for a grace period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. Dependents of principal H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the above validity period.

The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal alien's authorized employment in the United States.

The applicant must keep the lower portion with his or her previous Form I-94, Departure Record. It must be presented when requested by USCIS or any other component of the U.S. Department of Homeland Security. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States.

Please read the back of this form carefully for more information.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

**Customer Service Telephone: 800-375-5283**

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

**Receipt#** EAC1906451132

**I-94#** ▮▮▮▮

**NAME** BUDDE, SRUJANA

**CLASS** E3D

**VALID FROM** 03/01/2019 **UNTIL** 03/10/2021

**APPLICANT**

BUDDE, SRUJANA
200 MOTOR PARKWAY STE D 26
HAUPPAUGE NY 11788



**Receipt Number** EAC1906451132

**US Citizenship and Immigration Services**

**I94 Departure Record**

**Applicant:** BUDDE, SRUJANA

| 14. Family Name BUDDE | |
|---|---|
| 15. First (Given) Name SRUJANA | 16. Date of Birth ▮▮▮▮ |
| 17. Country of Citizenship INDIA | |

FORM I-797A [REV. 08/01/16]