# EXHIBIT C

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER** SRC-12-120-51892 | | **CASE TYPE** I140 IMMIGRANT PETITION FOR ALIEN WORKER | |
| **RECEIPT DATE** March 27, 2012 | **PRIORITY DATE** July 30, 2011 | **PETITIONER** HALLMARK GLOBAL TECHNOLOGIES INC | |
| **NOTICE DATE** April 2, 2012 | **PAGE** 1 of 1 | **BENEFICIARY** A205 108 887 BANDARI, SAINATH | |

HALLMARK GLOBAL TECHNOLOGIES INC
C/O SRINIVAS CHERUKURI ACCOUNTS MANAGE
262 CHAPMAN RD BELLEVUE BLDG 101
NEWARK DE 19702

Notice Type: Approval Notice
Section: Mem of Profession w/Adv Deg, or of Exceptn'l Ability Sec.203(b)(2)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE    TX    75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number | | Case Type |
|---|---|---|
| EAC2105051201 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 11/19/2020 | | HALLMARK GLOBAL TECHNOLOGIES INC. |
| Notice Date | Page | Beneficiary A205 108 887 |
| 04/27/2021 | 1 of 2 | BANDARI, SAINATH |

HALLMARK GLOBAL TECHNOLOGIES INC
c/o SATISH PALUKURI
200 MOTOR PARKWAY STE D26
HAUPPAUGE NY 11788

Notice Type: Approval Notice
Class: E3
Valid from 03/01/2021 to 02/28/2023

The above petition and accompanying request for an extension of stay have been approved. The status of the named beneficiary(ies) in this classification is valid as indicated on the I-94 attached below. The beneficiary(ies) can work for the petitioner pursuant to this approval notice, but only as detailed in the petition and during the petition validity period indicated above, unless otherwise authorized by law. Changes in employment or training may require you to file a new Form I-129, Petition for a Nonimmigrant Worker.

The dates in the I-94 attached below might not be for the same dates as the petition validity dates above because the I-94 below may contain a grace period of up to 10 days before and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-1S, P-2, P-2S, P-3, P-3S, TN-1, and TN-2. An I-94 for H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. However, the beneficiary(ies) may not work during such grace periods, unless otherwise authorized by law. The decision to grant a grace period and the length of the granted grace period is discretionary, final, and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the beneficiary(ies). The beneficiary(ies) should keep the right part (the I-94 portion) with his or her other Forms I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted a extension of stay who leaves the U.S. and is not visa-exempt must normally obtain a new visa before returning. The left part can be used when applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry based on this approval notice at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this petition does not guarantee that the beneficiary(ies) will be found to be eligible for a visa, for admission to the United States (if traveling abroad and seeking re-admission), or for a subsequent extension of stay, change of status, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records
Receipt# EAC2105051201
I-94# ████████
NAME BANDARI, SAINATH
CLASS E3
VALID FROM 03/01/2021 UNTIL 03/10/2023

PETITIONER
HALLMARK GLOBAL TECHNOLOGIES INC.
200 MOTOR PARKWAY STE D26
HAUPPAUGE NY 11788

Receipt Number EAC2105051201
US Citizenship and Immigration Services

I94 Departure Record
Petitioner: HALLMARK GLOBAL TECHNOLOGIES INC

| 14. Family Name | |
|---|---|
| BANDARI | |
| 15. First (Given) Name | 16. Date of Birth |
| SAINATH | ████ |
| 17. Country of Citizenship | |
| AUSTRALIA | |

FORM I-797A (REV. 08/01/16)

**THE UNITED STATES OF AMERICA**

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY / U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number | | Case Type |
|---|---|---|
| EAC2105051201 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 11/19/2020 | | HALLMARK GLOBAL TECHNOLOGIES INC. |
| Notice Date | Page | Beneficiary A205 108 887 |
| 04/27/2021 | 2 of 2 | BANDARI, SAINATH |

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt# INTENTIONALLY LEFT BLANK
I-94# INTENTIONALLY LEFT BLANK
NAME INTENTIONALLY LEFT BLANK
CLASS INTENTIONALLY LEFT BLANK
VALID FROM UNTIL INTENTIONALLY LEFT BLANK
PETITIONER INTENTIONALLY LEFT BLANK
INTENTIONALLY LEFT BLANK
INTENTIONALLY LEFT BLANK

Receipt Number INTENTIONALLY LEFT BLANK
US Citizenship and Immigration Services INTENTIONALLY LEFT BLANK
I94 Departure Record INTENTIONALLY LEFT BLANK
Petitioner:
14. Family Name INTENTIONALLY LEFT BLANK
15. First (Given) Name INTENTIONALLY LEFT BLANK  16. Date of Birth INTENTIONALLY LEFT BLANK
17. Country of Citizenship INTENTIONALLY LEFT BLANK

FORM I-797A [REV. 08/01/16]

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION
DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| EAC1906451131 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 12/19/2018 | | HALLMARK GLOBAL TECHNOLOGIES INC |
| Notice Date | Page | Beneficiary A205 108 887 |
| 06/03/2019 | 1 of 2 | BANDARI, SAINATH |

HALLMARK GLOBAL TECHNOLOGIES INC
c/o SRINIVAS CHERUKURI
200 MOTOR PARKWAY STE D 26
HAUPPAUGE NY 11788

Notice Type: Approval Notice
Class: E3
Valid from 03/01/2019 to 02/28/2021

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt# EAC1906451131
I-94# ▓▓▓▓▓▓▓▓
NAME BANDARI, SAINATH
CLASS E3
VALID FROM 03/01/2019 UNTIL 03/10/2021

PETITIONER
HALLMARK GLOBAL TECHNOLOGIES INC.
200 MOTOR PARKWAY STE D 26
HAUPPAUGE NY 11788



Receipt Number EAC1906451131
US Citizenship and Immigration Services

I94 Departure Record
Petitioner: HALLMARK GLOBAL TECHNOLOGIES INC

| 14. Family Name | | |
|---|---|---|
| BANDARI | | |
| 15. First (Given) Name | | 16. Date of Birth |
| SAINATH | | ▓▓▓▓▓▓ |
| 17. Country of Citizenship | | |
| AUSTRALIA | | |

FORM I-797A [REV. 08/01/16]

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY / U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| EAC1906451131 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 12/19/2018 | | HALLMARK GLOBAL TECHNOLOGIES INC. |
| Notice Date | Page | Beneficiary A205 108 887 |
| 06/03/2019 | 2 of 2 | BANDARI, SAINATH |

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
75 Lower Welden Street
Saint Albans VT 05479-0001

Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| Receipt VOID | VOID | VOID | Receipt Number VOID | VOID |
| I-94# | | | US Citizenship and Immigration Services |
| NAME VOID | VOID | VOID | VOID   VOID   VOID |
| CLASS | | | I94 Departure Record |
| VALID FROM UNTIL VOID | VOID | Petitioner VOID VOID |
| | | | 14. Family Name |
| PETITIONER VOID | VOID | VOID | VOID   VOID   VOID |
| | | | 15. First (Given) Name    16. Date of Birth |
| VOID | VOID | VOID | VOID Country of Citizenship VOID   VOID |
| VOID | VOID | VOID | VOID   VOID   VOID |

FORM I-797A [REV. 08/01/16]