# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRUJANA BUDDE <br> 7863 River Rock Way <br> Columbia, MD 21044 <br><br> *Plaintiff*, <br><br> UNITED STATES CITIZENSHIP <br> AND IMMIGRATION SERVICES <br> 20 Massachusetts Avenue, NW <br> Washington, DC 20529; <br><br> TRACY RENAUD, in her <br> Official Capacity, Acting Director, <br> U.S. Citizenship and Immigration Services, <br> U.S. Department of Homeland Security; <br> 20 Massachusetts Avenue, NW <br> Washington, DC 20529 <br><br> CONNIE NOLAN, in her Official Capacity, <br> Acting Associate Director, USCIS <br> Service Center Operations Directorate, <br> 20 Massachusetts Avenue, NW <br> Washington, DC 20529 <br><br> DAVID PEKOSKE, in his Official <br> Capacity, Acting Secretary, U.S. <br> Department of Homeland Security; <br> 245 Murray Lane, SW <br> Washington, DC 20528 <br><br> UNITED STATES DEPARTMENT <br> OF HOMELAND SECURITY <br> 245 Murray Lane, SW <br> Washington, DC 20528 <br><br> *Defendants*. | Case No. _____ |

1

## AFFIDAVIT OF SRUJANA BUDDE

I, Srujana Budde, hereby state that:

1. I am a citizen of India and a resident of Columbia, Maryland. My spouse is Sainath Bandari who is in E-3 status and working for Hallmark Global Technologies Inc., a leading information technology and services company.

2. We have two children, who are both U.S. citizens.

3. I first arrived in the United States on May 22, 2008, in a valid E-3D status, as the dependent of my spouse.

4. I applied for and received my first E-3D Employment Authorization Document ("EAD"), which was valid from October 08, 2008 to May 02, 2009.

5. Subsequently, I applied early for and received seven (7) more E-3D EAD cards.

6. I have been work-authorized nearly continuously based on my first eight (8) E-3D EAD cards, from October 8, 2008 to January 14, 2021.

7. As before, I applied early for my ninth E-3D EAD renewal, which is still pending with U.S. Citizenship and Immigration Services (USCIS).

8. I filed my E-3D extension and E-3D EAD renewal applications concurrently with my husband's E-3 extension petition. His E-3 extension petition has already been approved through February 28, 2023. My E-3D extension and E-3D EAD renewal applications are still pending.

9. My E-3D status expired on February 28, 2021 and my work authorization expired on January 14, 2021.

10. In reliance on my work authorization afforded by law under the immigration regulations, I had taken on very important work in May 2011 as a Senior Cache Developer for

Comprehensive Consulting Solutions, LLC., a leading provider of Information Technology (IT) services and products. Comprehensive Consulting Solutions, LLC., was my direct employer, and I was placed on a critical project for Comprehensive Consulting Solutions, LLC's client, LKQ Corporation, the leading provider of alternative and specialty parts to repair and accessorize automobiles and other vehicles.

11. As a Senior Cache Developer for Comprehensive Consulting Solutions, LLC.'s client, LKQ Corporation from May 2011 until my termination in January 2021 when my current EAD expired, I had the following responsibilities:

- Evaluated new technologies, designed new reports using Zen application framework.
- Provided a simple way to rapidly create complex, data-rich Web applications by assembling pre-built object components using Cache Studio.
- Researched and recommended using Zen, and Zen UI in other UI projects as reporting tool for better analysis and performance.
- Responsible for coding Html, JavaScript, CSS for Front-end screen design.
- Developed back end and front-end coding using JavaScript and Cache class methods.
- Analyzed how to use hierarchical class method names for sub classes.
- Developed new module in Project X to track the travel expenses and status of the product.
- Generated web service requests through SOAP and raw XML, and parsed the responses in JSON format for easier display.
- Provided a provision to retrieve Excel reports on any UI Screen.
- Presented usage of new technologies like JSON, Zen, Zen reporting tools in the projects and its benefits to the team.
- Added new file upload module to the project using JQuery File Upload Widget.
- Converted all source data files to Cache by writing cache object programs.
- Created common function to get all the files dynamically to run at once.
- Documented the mapping of tables based on the data given.
- Converted all source data files to Cache by writing cache object programs

12. I began working for Comprehensive Consulting Solutions LLC.'s in May 2011. However, Comprehensive Consulting Solutions LLC had to terminate my employment on January 15, 2021, because I no longer had work authorization as my previous E-3D EAC expired and my E-3D extension and E-3D EAD renewal applications are still pending.

3

13. In reliance on my timely and nearly continuously granted EADs beginning from October 8, 2008, my husband and I took on financial obligations based upon our two incomes. My income with Comprehensive Consulting Solutions LLC. had been more than $6300 per month. My husband receives an income of approximately $10,000 per month.

14. We have a total of approximately $9,660 in monthly obligations for our family of four, including a mortgage of $2845, homeowner's insurance of $807, utilities (gas/electricity) of $164, car payments of $424, car insurance of $500, health insurance of $1400, cable/internet expenses of $80, phone expenses of $40, food expenses of $2000, child care expenses of $1200, and additional miscellaneous expenses of $200. This leaves us with a minimal margin to buy any miscellaneous items required for the house or even for our children. It is getting extremely difficult for my family to make ends meet in these pandemic times.

15. I have not been able to work since my work authorization expired on January 14, 2021, and over the last six months, we have exhausted nearly all of our savings since only my husband is currently working.

16. Our family has already suffered more than a $6300 monthly shortfall in income due to the termination of my employment at Comprehensive Consulting Solutions LLC., resulting from my EAD renewal not being approved by January 14, 2021. To avoid default on our financial obligations, we have had to withdraw our savings, which has depleted our savings rapidly and has left my husband and I without any reserves in case of emergency. This places us in a terrible situation during a pandemic. My husband and I are scared that we may be forced to default on some of our financial obligations unless my EAD renewal application is approved soon.

17. I have not been eligible for unemployment payments, because in order to receive unemployment compensation, I must seek work but in order to seek work I must be authorized to

4

work. I have lost income of more than $6300 per month while I remain unauthorized to work. I have lost this money irrevocably.

18. Apart from financial hardship, my family and I are going through a lot of mental trauma. We have been waiting for 8 months since the filing of my E-3D and E-3D EAD applications and have not seen any movement. There has been no update so far and no future signs of development as the processing times posted by USCIS keep retrogressing. I have even seen many EAD applications which are already approved even though those applications were filed after mine. Hence, USCIS is not actually processing EAD applications based on the order in which they were filed.

19. I have tried to request expedited processing for my E-3D application; however, my requests have been denied by USCIS.

20. This unprecedented delay in the processing of my E-3D EAD application has been causing a lot of havoc and stress on my mental health, especially during the COVID-19 pandemic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 19, 2021

_____
Srujana Budde