# EXHIBIT E

7/13/21 at 16:20:47.52

Page: 1

# Comprehensive Consulting Solutions, LLC
## Payroll Register
### For the Period From Jan 1, 2021 to Jan 31, 2021

Filter Criteria includes: 1) Employee IDs from Budde_28 to Budde_28. Report order is by Check Date. Report is printed in Detail Format.

| Employee I | Employee Reference Date | Gross | Amount | Soc_Sec Medicare | Fed_Income State | Retirement |
|---|---|---|---|---|---|---|
| Budde_28 | Srujana Budde A7093 1/1/21 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 |
| Budde_28 | Srujana Budde A7105 1/15/21 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 |
| Summary T | 1/1/21 thru 1/31/21 | 6,483.34 | 3,703.16 | -401.96 -94.00 | -403.06 -380.92 | -1,500.24 |
| Report Date | 1/1/21 thru 1/31/21 | 6,483.34 | 3,703.16 | -401.96 -94.00 | -403.06 -380.92 | -1,500.24 |

7/13/21 at 16:19:55.02

Page: 1

**Comprehensive Consulting Solutions, LLC**
**Payroll Register**
For the Period From Nov 15, 2020 to Dec 31, 2020

Filter Criteria includes: 1) Employee IDs from Budde_28 to Budde_28. Report order is by Check Date. Report is printed in Detail Format.

| Employee I | Employee Reference Date | Gross | Amount | Soc Sec Medicare | Fed_Income State | Retirement |
|---|---|---|---|---|---|---|
| Budde_28 | Srujana Budde A7057 11/15/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 |
| Budde_28 | Srujana Budde A7069 12/1/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 |
| Budde_28 | Srujana Budde A7081 12/15/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 |
| Summary T | 11/15/20 thru 12/31/2 | 9,725.01 | 5,554.74 | -602.94 -141.00 | -604.59 -571.38 | -2,250.36 |
| Report Date | 11/15/20 thru 12/31/2 | 9,725.01 | 5,554.74 | -602.94 -141.00 | -604.59 -571.38 | -2,250.36 |

11/2/20 at 14:45:54.11

Page: 1

**Comprehensive Consulting Solutions, LLC**
**Payroll Register**
For the Period From Mar 15, 2020 to Nov 1, 2020

Filter Criteria includes: 1) Employee IDs from Budde_28 to Budde_28. Report order is by Check Date. Report is printed in Detail Format.

| Employee I | Employee Reference Date | Gross | Amount | Soc_Sec Medicare | Fed_Income State | Retirement | HInsPrem |
|---|---|---|---|---|---|---|---|
| Budde_28 | Srujana Budde 6862 3/15/20 | 3,241.67 | 1,851.41 | -200.98 -47.00 | -201.53 -190.63 | -750.12 | |
| Budde_28 | Srujana Budde 6875 4/1/20 | 3,241.67 | 1,851.41 | -200.98 -47.00 | -201.70 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6888 4/15/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6901 5/1/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6913 5/15/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6925 6/1/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6937 6/15/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6949 7/1/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6961 7/15/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6973 8/1/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6985 8/15/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A6997 9/1/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A7009 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |

11/2/20 at 14:45:54.16  
Page: 2

**Comprehensive Consulting Solutions, LLC**  
**Payroll Register**  
For the Period From Mar 15, 2020 to Nov 1, 2020

Filter Criteria includes: 1) Employee IDs from Budde_28 to Budde_28. Report order is by Check Date. Report is printed in Detail Format.

| Employee I | Employee Reference Date | Gross | Amount | Soc_Sec Medicare | Fed_Income State | Retirement | HInsPrem |
|---|---|---|---|---|---|---|---|
| | 9/15/20 | | | | | | |
| Budde_28 | Srujana Budde A7021 10/1/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A7033 10/15/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Budde_28 | Srujana Budde A7045 11/1/20 | 3,241.67 | 1,851.58 | -200.98 -47.00 | -201.53 -190.46 | -750.12 | |
| Summary T | 3/15/20 thru 3/31/20 | 3,241.67 | 1,851.41 | -200.98 -47.00 | -201.53 -190.63 | -750.12 | |
| Summary T | 4/1/20 thru 6/30/20 | 19,450.02 | 11,109.31 | -1,205.88 -282.00 | -1,209.35 -1,142.76 | -4,500.72 | |
| Summary T | 7/1/20 thru 9/30/20 | 19,450.02 | 11,109.48 | -1,205.88 -282.00 | -1,209.18 -1,142.76 | -4,500.72 | |
| Summary T | 10/1/20 thru 11/1/20 | 9,725.01 | 5,554.74 | -602.94 -141.00 | -604.59 -571.38 | -2,250.36 | |
| Report Date | 3/15/20 thru 11/1/20 | 51,866.72 | 29,624.94 | -3,215.68 -752.00 | -3,224.65 -3,047.53 | -12,001.92 | |