# EXHIBIT F

# loanDepot

PO Box 77404
Ewing, NJ 08628
**STATEMENT ENCLOSED**

## Loan Statement

| | |
|---|---|
| Statement Date: | 06/01/21 |
| Account Number: | |
| Payment Due Date: | 07/01/21 |
| **Amount Due** | **$2,845.06** |

*If payment is received after 07/17/21, $107.52 late fee will be charged.*

### Contact Us
Customer Service/Pay By Phone: 877-420-4526
Website: loandepot.loanadministration.com

*Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to PO Box 77423 Ewing NJ 08628*

SAINATH BANDARI
7863 RIVER ROCK WAY
COLUMBIA MD 21044-4082

### Account Information

| | |
|---|---|
| Property Address | 7863 RIVER ROCK WAY COLUMBIA, MD 21044 |
| Outstanding Principal | $328,008.70 |
| Escrow Balance | $5,561.28 |
| Maturity Date | February 2036 |
| Interest Rate | 1.9900% |
| Prepayment Penalty | NONE |

### Explanation of Amount Due

If you are Experiencing Financial Difficulty: You may call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287, or go to www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm for a list of homeowner counselors or counseling organizations in your area.

| | |
|---|---|
| Principal | $1,606.46 |
| Interest | $543.95 |
| Escrow (for Taxes and Insurance) | $694.65 |
| Other | $0.00 |
| Current Payment Due 07/01/21 | $2,845.06 |
| Total Fees Charged Since Last Statement | $0.00 |
| Overdue Amount | $0.00 |
| **Total Amount Due** | **$2,845.06** |

### Transaction Activity (05/04/2021 to 06/01/2021)

| Date | Effective Date | Description | Charges | Payments |
|---|---|---|---|---|
| 06/01/21 | 06/01/21 | 06/2021 PAYMT - THANK YOU | | $2,845.06 |

### Past Payments Breakdown

*Unapplied funds represent funds that are held in suspense waiting final application. If this amount represents a partial payment, your payment will be applied upon receipt of the amount required to complete your payment.*

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $1,603.80 | $6,399.30 |
| Interest | $546.61 | $2,202.34 |
| Escrow (Taxes and Insurance) | $694.65 | $5,561.28 |
| Other | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| *Unapplied Funds | $0.00 | $0.00 |
| **Total** | **$2,845.06** | **$14,162.92** |

### IMPORTANT MESSAGES

We realize market conditions and mortgage programs change frequently and we are committed to supporting your financing needs. If you're in the market to refinance, or are considering buying or selling your home, please contact your mortgage professional today. They can match you with the right loan for your current financial picture and goals.

loanDepot.com, LLC, NMLS 17445

---

See Reverse Side For Additional Important Information   Please return this portion with your payment

Make Checks Payable To:



HZ

Sainath Bandari
7863 River Rock Way
Columbia MD 21044-4082

Check this box if your address or personal information has been updated on the reverse of this payment coupon.

Account Number:

Amount Enclosed $

| | |
|---|---|
| Payment Due Date: | 07/01/21 |
| Current Payment: | $2,845.06 |
| Past Due Amount: | $0.00 |
| Unpaid Late Charges: | $0.00 |
| Other Fees: | $0.00 |
| **TOTAL AMOUNT DUE:** | **$2,845.06** |
| After 07/17/21 Pay: | $2,952.58 |

Please do not fold, tape or staple check or coupon.
Please only use blue or black ink.

PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ 07101-4733

| | |
|---|---|
| Late Charge | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other Fees | $ |
| Total Amount paid | $ |

*See reverse side for instructions

03000000155217789400HZJ59510000028450600000295258000002845060000010752

15 / 34

Client Number: M████   Policy Number: ████████   Page 1 of 3



**Praetorian Insurance Company**
One QBE Way
Sun Prairie, WI 53596

Your Agent is:
**WESTWOOD INSURANCE AGENCY - RYL**
8407 FALLBROOK AVE STE 200
WEST HILLS, CA 91304
For Customer Service call: (800)676-5066

### Homeowner Amended Declaration

GO Paperless by logging into Selfservice.QBENA.com

### Client Detail

SAINATH BANDARI
7863 RIVER ROCK WAY
COLUMBIA, MD 21044-4082

Policy: ████████
Policy Period: 12/23/2020 to 12/23/2021
Your Premium Total is $807.00 for 12 Months
Effective Time: 12:01 A.M. *
 * Standard Time at the address of the Named Insured

### Change Details

| | |
|---|---|
| POLICY CHANGE DESCRIPTION | Policy change effective 05/18/21 at 12:01 AM: ***INTEREST*** Changed LOANDEPOT ISAOA ATIMA, Mortgagee |
| PREMIUM INFORMATION | This Amendment Resulted in No Change to the Policy Premium |

### Named Insured(s)

SAINATH BANDARI

### Location Address(es)

| Location - Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Location 001 - 7863 RIVER ROCK WAY, COLUMBIA, MD, 21044 | 7863 RIVER ROCK WAY | COLUMBIA | MD | 21044 |

THIS POLICY DOES NOT PROVIDE COVERAGE FOR WATER DAMAGE CAUSED BY FLOOD. DAMAGE CAUSED BY EARTHQUAKE IS ONLY COVERED IF EARTHQUAKE APPEARS UNDER THE "ENDORSEMENTS/FORMS" SECTION WITH A PREMIUM CHARGE.
POLICY INCLUDES COVERAGE FOR ORDINANCE OR LAW
50% ADDITIONAL COVERAGE A AVAILABLE IN CASE OF TOTAL LOSS

### Coverages (Insurance is provided only with respect to those coverages for which a specific amount of insurance is indicated.)

| Cov | Description | Limit | | Premium |
|---|---|---|---|---|
| A | Dwelling | $382,000 | | $469 |
| B | Other Structures | $38,200 | | INCL |
| C | Personal Property Unscheduled | $191,000 | | INCL |
| D | Loss of Use | $114,600 | | INCL |
| E | Personal Liability | $500,000 | Each Occurrence | $31 |
| F | Medical Payments | $5,000 | Each Person | INCL |
| | | | Total Item Premium: | $500 |

### Section I Deductibles

In case of a loss under Section I, we cover only that part of the loss over the deductible stated.
**Deductible Section I $500.**

These declarations, together with the coverage form(s), common policy conditions and forms, and endorsements, if any, issued to form a part thereof, complete the above numbered policy.

HO5031 (10/15)    Created by E00435E 05/18/2021    XMPRINT 05/18/2021 20:46 MT

Client Number: ▮▮▮▮   Policy Number: ▮▮▮▮   Page 2 of 3

## Discounts and Surcharges

| Description | Premium |
|---|---|
| Claims Discount | Included |
| Age of Home Discount | Included |
| Protective Device Discount | Included |
| Builder Discount - Ryland Homes | Included |
| **Total Discounts and Surcharges Premium:** | **1,284.27** |

## Property Information

| Construction Year | Construction Type | Structure | Usage | Occupancy | Number of Families | Protection Class |
|---|---|---|---|---|---|---|
| 2014 | Siding, Vinyl | Townhouse | Primary | Owner | 0 | 03 |

## Scheduled Personal Property

Total Scheduled Personal Property Premium:

## Endorsements/Notices

| Form # | Edition | Title | Limit | Premium |
|---|---|---|---|---|
| **Policy Endorsements** | | | | |
| HO0003 | (10-00) | Homeowners 3 - Special Form | | |
| HO0496 * | (10-00) | No Section II Coverage for Home Day Care Business | | |
| HO0648 | (10-15) | Residence Premises Definition Endorsement | | |
| HO2451 | (07-01) | Maryland Lead Liability Exclusion | | |
| HO5081 | (06-15) | Special Provisions - Maryland | | |
| HO9081 * | (06-98) | Actual Cash Value Definition | | |
| HO9436 * | (10-01) | Limitation For Mold And Other Fungi, And Wet Or Dry Rot | | |
| HO9523 | (11-05) | Catastrophe Protection: Additional Limits of Liability | | |
| HO9549 * | (06-19) | Annual Summary of Homeowner's Coverages and Exclusions | | |
| HON008 * | (01-14) | Annual Notice of Anti-Concurrent Causation Clause - MD | | |
| ILN143 * | (01-13) | Notice to Applicants in Maryland Regarding Cancellation | | |
| ILN167 * | (01-13) | Maryland Fraud Statement | | |
| ILP001 * | (01-04) | OFAC Notice | | |
| ILP022 * | (01-07) | Statement Regarding Flood Insurance Advisory Notice | | |
| ILP046 * | (06-09) | MD - Windstorm Mitigation Premium Discounts - PH Notice | | |
| PH0002 * | (06-10) | Important Notice About Your HO Policy | | |
| PHMD01 * | (05-12) | Maryland Hurricane Deductible Advisory Notice | | |
| UND1606 | (07-11) | Water Backup and Sump Discharge or Overflow Notice | | |
| UND1825 | (12-12) | Claims History Disclosure - Maryland | | |
| UND1835 | (01-20) | Maryland Premium Notice | | |
| UND1978 * | (06-18) | Renewal Letter | | |
| UND2211 * | (10-18) | Westwood Renewal Cover Letter | | |
| UND2235 | (01-20) | Important Notice for Maryland Customers | | |

Location 001 - 7863 RIVER ROCK WAY, COLUMBIA, MD, 21044

These declarations, together with the coverage form(s), common policy conditions and forms, and endorsements, if any, issued to form a part thereof, complete the above numbered policy.

HO5031 (10/15)   Created by E00435E 05/18/2021   XMPRINT 05/18/2021 20:46 MT

Client Number: ▮▮▮▮  Policy Number: ▮▮▮▮  Page 3 of 3

### Endorsements/Notices

| Form # | Edition | Title | Limit | Premium |
|---|---|---|---|---|
| Dwelling: Item 001 - 2014 Siding, Vinyl FORM HO3 | | | | |
| HO0416 | (10-00) | Premises Alarm or Fire Protection System | | |
| HO0420 | (10-00) | Specified Additional Amt Of Insurance For Cov A - Dwelling | | $42 |
| HO0490 | (10-00) | Personal Property Replacement Cost Loss Settlement | | $105 |
| HO1610 | (01-09) | Water Exclusion Endorsement | | |
| HO5048 | (11-15) | Water Back Up and Sump Discharge or Overflow Coverage - MD | | $160 |
| | | Water Back Up Limit: $382,000 | | |
| | | Water Back Up Section I - Property Coverages Limit Option: Y | | |
| | | **Total Endorsement Premium:** | | **$307** |

### Total Amounts

| | |
|---|---|
| Item Premium | $500.00 |
| Endorsement Premium | $307.00 |
| **Total Amount** | **$807.00** |

### Statement of Account

THIS IS NOT A BILL.  BILLING INFORMATION WILL BE MAILED SEPARATELY.

CALL (888)560-2745 IF YOU HAVE QUESTIONS ABOUT BILLING. BE PREPARED TO ENTER YOUR ACCOUNT NUMBER.

MORTGAGEE BILLED
Billing plan is:   Full Pay
Account number: 5216052247

### Mortgagee(s)

Mortgagee
Loan Number ▮▮▮▮
Payor: Yes
LOANDEPOT ISAOA ATIMA
IC/O CENTRAL LOAN ADMINISTRATION & REPORTING
PO BOX 202028
FLORENCE SC 29502

### For Home Office Use Only

H.O.O.-100

### Policy Changes

IF YOU HAVE ANY POLICY CHANGES, PLEASE CONTACT OUR CUSTOMER CARE DEPARTMENT at 800-676-5066

Date Issued: 05/18/2021

These declarations, together with the coverage form(s), common policy conditions and forms, and endorsements, if any, issued to form a part thereof, complete the above numbered policy.

HO5031 (10/15)              Created by E00435E 05/18/2021              XMPRINT  05/18/2021 20:46 MT



GEICO Casualty Company

| Remaining Balance | Policy Number | Policy Effective |
|---|---|---|
| $473.65 | ███████ | Apr 5, 2021 - Oct 5, 2021 |

# Hi Sainath, thanks for choosing GEICO. Here's your auto policy renewal bill.

| Amount Due | Due Date |
|---|---|
| **$473.65** | **Apr 5, 2021** |

## Billing Activity

| Date & Description | Amount |
|---|---|
| Remaining Balance | $473.65 |

Log in at geico.com/account to view your full billing history.

## How to Pay

You're currently enrolled to pay your policy in full. There's lots of ways to pay:

 Use the GEICO Mobile app

 Visit geico.com/account

 Call (800) 932-8872

 GEICO Remittance Center
One GEICO Plaza
Bethesda, MD  20810-0001

## Remaining Payments

| Due Date | Amount |
|---|---|
| Apr 5, 2021 | $473.65 |

## Message Center

Never worry about missing a payment. Enroll in Auto Pay at geico.com/account today.

We are happy to offer you additional payment plan options. Please log onto geico.com to view the option that will best meet your needs.

This document reflects information as of March 24, 2021.



Tear here.

| To Pay In Full | Amount Due | Due By |
|---|---|---|
| $473.65 | $473.65 | Apr 5, 2021 |

SAINATH BANDARI AND SRUJANA
 BUDDE
7863 RIVER ROCK WAY
COLUMBIA MD  21044-4082

ONE GEICO PLAZA
Bethesda, MD  20810-0001

DRINV1

                                                                                    SAINATH BANDARI

VISA CREDIT AND DEBIT CARD
**Activation and PIN Set**

# Accounts

**2019 HONDA ACCORD**                                                       Pay Now        Available Balance        Current Balance
**30001                                                                                        $0.00            $17,067.73

| | |
|---|---|
| NICKNAME | 2019 HONDA ACCORD |
| CURRENT BALANCE | $17,067.73 |
| NEXT PAYMENT DATE | 07/25/2021 |
| NEXT PAYMENT AMOUNT DUE | $426.10 |
| PAST DUE AMOUNT | $0.00 |
| INTEREST RATE | 2.140 % |
| INTEREST PAID YEAR TO DATE | $195.79 |
| OPEN DATE | 12/18/2019 |
| ROUTING NUMBER | ▮▮▮▮▮ |
| CALCULATE LOAN PAYOFF AMOUNT | 07/14/2021  Calculate |

  **HOW TO DOWNLOAD YOUR TRANSACTIONS**
Looking to download to Quicken or Quickbooks?

Home   Mobile   Contact   Terms & Conditions   Privacy Policy                                    Routing number ▮▮▮▮▮

Copyright © 2021. All rights reserved.

Federally insured by NCUA



| CONTACT US | BGE.COM |
|---|---|
| Customer Service: | 800.685.0123 |
| | 800.735.2258 (TTY-TTD) |
| Correspondence: | P.O. Box 1475 Baltimore, MD 21203 |

Page 1 of 3

## Bill Summary

Sainath Bandari
Srujana Budde
7863 RIVER-ROCK WAY
Columbia, MD 21044
Account #
Issued Date: June 18, 2021

| | |
|---|---:|
| Previous Balance | $130.35 |
| Payments Received  June 14, 2021 | -$130.35 |
| BGE Outstanding Balance | $0.00 |
| Electric | $154.06 |
| Gas | $21.94 |
| Other charges and credits (See details) | -$12.50 |
| **Total amount due by July 12, 2021** | **$163.50** |

Payment received after July 12, 2021 will incur a late charge.

A late payment charge is applied to the unpaid balance of your BGE charges. The charge is up to 1.5% for the first month; additional charges will be assessed on unpaid balances past the first month, not to exceed 5%.

**The amounts shown in the circles reflect charges from this bill period.**



BGE ELECTRIC DELIVERY — ELECTRIC $154.06 — TAXES & FEES
ELECTRIC SUPPLY — BGE — Electric Choice ID: 6721101909



BGE GAS DELIVERY — GAS $21.94 — TAXES & FEES
GAS SUPPLY — BGE — Gas Choice ID: 6721101929



OTHER CHARGES AND CREDITS — OTHER -$12.50
See details on page 3

---


An Exelon Company

Return only this portion with your check made payable to BGE. Please write your account number on your check.

## Pay your bill online, by phone or by mail.

See reverse side for more info ▶

**Account #**

| Total amount due by Jul 12, 2021 | $163.50 |
|---|---:|

**Payment Amount**   $

Sainath Bandari
Srujana Budde
7863 River Rock Way
Columbia, MD 21044

BGE
P.O. Box 13070
Philadelphia, PA 19101-3070

## Electric details

**ANNUAL ELECTRIC USAGE**
2020 — 2021

| JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1355 | 1587 | 1713 | 1402 | 1089 | 877 | 868 | 1027 | 920 | 973 | 789 | 772 | 1272 |

avg temp 71°     avg temp 70°

Residential - Schedule R
Billing Period: May 19, 2021 - Jun 18, 2021      Days Billed: 30
Next Scheduled Reading: July 19, 2021

Meter #G161455993  Read on Jun 18

| Current Reading 72682 | − | Previous Reading 71410 | = | **1272 kWh used** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **ELECTRIC SUPPLY** | | | | **$91.48** |
| BGE | 508.80 kWh | x | .07053 | 35.89 |
|  | 763.20 kWh | x | .07284 | 55.59 |
| **BGE ELECTRIC DELIVERY** | | | | **$61.31** |
| Customer Charge | | | | 8.00 |
| EmPower MD Chg | 1272 kWh | x | .00594 | 7.56 |
| Distribution Chg | 1272 kWh | x | .03908 | 49.71 |
| BGE Federal Tax Credit | | | | -3.96 |
| **TAXES & FEES** | | | | **$1.27** |
| MD Universal Svc Prog | | | | 0.32 |
| Envir Srchg | 1272 kWh | x | .000129 | 0.16 |
| Franchise Tax | 1272 kWh | x | .00062 | 0.79 |
| **TOTAL** | | | | **$154.06** |

### BGE SUPPLY PRICE COMPARISON INFORMATION

BGE Supply Price Comparison Information: The current price for Standard Offer Service (SOS) electricity is 7.284 cents/kWh, effective through September 30, 2021. SOS electricity will cost 8.031 cents/kWh beginning October 1, 2021 through May 31, 2022. The weighted average price of SOS electricity will be 7.767 through May 31, 2022. The price for SOS from June 1, 2022 through September 30, 2022 will be set in November 2021.

## Gas details

**ANNUAL GAS USAGE**
2020 — 2021

| JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3 | 4 | 3 | 3 | 22 | 62 | 91 | 96 | 67 | 30 | 15 | 6 |

avg temp 71°     avg temp 72°

Residential - Schedule D
Billing Period: May 18, 2021 - Jun 17, 2021      Days Billed: 30
Next Scheduled Reading: July 19, 2021

Meter #100059482  Read on Jun 17
Multiplier 1.125

| Current Reading 1258 | − | Previous Reading 1252 | = | Units 6 | X | Therm Factor 1.021 | = | **6 therms used** |
|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **GAS SUPPLY** | | | | **$2.75** |
| BGE | 2.60 therms | x | .4455 | 1.16 |
|  | 3.40 therms | x | .4676 | 1.59 |
| **BGE GAS DELIVERY** | | | | **$19.17** |
| Customer Charge | | | | 14.25 |
| STRIDE Charge | | | | 0.77 |
| Distribution Chg | 6 therms | x | .7173 | 4.30 |
| EmPower MD Chg | 6 therms | x | .0471 | 0.28 |
| BGE Federal Tax Credit | | | | -0.43 |
| **TAXES & FEES** | | | | **$0.02** |
| Franchise Tax | 6 therms | x | .00402 | 0.02 |
| **TOTAL** | | | | **$21.94** |

### IMPORTANT INFORMATION ABOUT YOUR BILL

▸ **Moving?** To stop or transfer service, contact BGE at least 3 business days prior to your move date. You are responsible for all service at your present address until you notify us.

▸ This bill reflects Delivery Service rates offset by tax credits as authorized by the PSC. See bge.com/myp for details

▸ The EmPower MD charge funds programs that can help you reduce your energy consumption and save you money. For more information, including how to participate, go to BGESmartEnergy.com.

---

Federal Tax Identification # ▮▮▮▮▮

Adj Annual Usage Ele 13,396 kWh    Gas 370 therms

---

### Other ways to pay

 **BGE app**
Available for download at the App Store and Google Play

 **Online**
BGE.COM


 **In-person**
Visit BGE.COM and select Pay My Bill for a list of authorized America's Cash Express** and Western Union©** payment locations.

 **Pay-by-phone**
Paymentus**
833.209.5245

**Fees may apply.

Sainath Bandari
Srujana Budde
Account # ▮▮▮▮▮▮▮▮▮
Issued Date: June 18, 2021

Page 3 of 3

## Other charges and credits

| PEAKREWARDS AIR CONDITIONING CREDIT | -12.50 |
|---|---|
| **TOTAL** | **-$12.50** |



JUNE | 2021

# smartenergy news



## We honor PRIDE month

This month, we celebrate LGBTQ+ achievements and recognize the impact members of the LGBTQ+ community have had on history, locally and nationally. BGE is committed to diversity, equity, and inclusion in our communities and works to achieve equal justice and equal opportunity for all. Each year the Baltimore chapter of Exelon Pride, the company's employee resource group that promotes a positive workplace environment for all employees regardless of sexual orientation, organizes many activities to celebrate Pride Month. For more information visit **BGE.COM/diversity**.

## READY FOR SUMMER?

As summer temperatures begin to rise, you can stay cool while managing your energy use. Here are four simple tips:

 Keep your thermostat set to 78 degrees. Every degree you raise the thermostat saves even more.

 Set your ceiling fans to spin counterclockwise and keep your home breezy on warm days.

 Upgrade your space with energy efficient lights, programmable thermostats and more. Visit **BGEMarketplace.com** to shop now.

 Reduce your use on weekdays between 1 and 7 pm to help save energy.

For more ways to save, visit **BGE.COM/StartSaving**.





## moving just got easier

You can now start, stop, and transfer your electricity and gas service up to 30 days before your move by logging onto **BGE.COM/StartStop** to complete the process from your computer or mobile device. It only takes a few minutes you can even track your progress along the way. Download our welcome kit to find out what information is needed to get the moving process started. To learn more, visit **BGE.COM/StartStop**.

### BGE CALENDAR YEAR 2020
# Emission Disclosure Label

The following environmental information is for BGE customers with Standard Offer Service, which is provided to those customers who have remained with BGE and who have not chosen a competitive electricity supplier.

Power plants can generate electricity from a number of different fuel sources, resulting in different emissions. BGE reports fuel sources and emissions data to customers twice annually, allowing customers to compare data among the companies providing electricity service in Maryland.

This disclosure is required by the Maryland Public Service Commission.

**Electricity Facts - PJM Regional Data**
**Electricity supplied from January 1, 2020 through December 31, 2020**

| Supply Mix | |
|---|---|
| Natural Gas | 39.84 % |
| Nuclear | 34.49 % |
| Coal | 19.44 % |
| Oil | 0.16 % |
| Fuel Cell | 0.03 % |
| Renewable Energy | |
| *Wind | 3.30 % |
| *Hydroelectric | 1.29 % |
| *Solid Waste | 0.52 % |
| *Solar | 0.48 % |
| *Captured Methane Gas | 0.30 % |
| *Biomass | 0.15 % |
| Total | 100 % |
| *Renewable Energy Resources Subtotal | 6.04 % |

**Air Emissions**
The amount of air emissions associated with the generation of electricity for the PJM region, which includes BGE, is shown below.

| Emission Type | Lbs. per MWh | Percentage of PJM Regional Average |
|---|---|---|
| Nitrogen Oxides ($NO_x$) | 0.38 | 100.0 % |
| Sulfur Dioxide ($SO_2$) | 0.43 | 100.0 % |
| Carbon Dioxide ($CO_2$) | 791 | 100.0 % |

$CO_2$ is a "greenhouse gas" which may contribute to global climate change. $SO_2$ and $NO_x$ released into the atmosphere react to form acid rain. Nitrogen Oxides also react to form ground level ozone, an unhealthful component of "smog".

# ENERGY SAVINGS MADE EASY



« Saving and managing energy is easy with the help of the BGE app—pay bills, set up alerts, view usage, even report an outage from your cell phone or smart watch. Visit **BGE.COM/WhatsImportant** for more information. »

Let's keep building what's important to all of us.

**SAINATH BANDARI**
Account Number:
Bill Date: July 7, 2021

**⬆ Ways to pay**
- Via the My Fios app
- Online at verizon.com/PayOnline

## You're enrolled in auto pay:

# $79.99

Auto pay date Jul 28

## ⬆ This month's charges

| | |
|---|---|
| Services, Equipment & Discounts | $79.99 |
| **Total Due by August 1** | **$79.99** |

## 🛍 Offers & benefits

### Limited-Time Offer
Only for Fios Internet customers. Get up to $30/mo off your combined bills: that's up to $10/mo. off your Fios bill and up to $20/mo. off your Wireless bill. Just add a Verizon Wireless Unlimited plan & enroll in Mobile + Home Rewards. verizon.com/customersavings

### Unlimited space
Verizon Cloud is built to keep up with your digital world. Get ease of mind that your photos & files are secure. Back up your device content & share with 4 users. Get it on us for 30 days, $19.99/mo after. Learn more at go.vzw.com/vzcloud. Terms apply.

---

Account Number:
Pay online at verizon.com/PayOnline

**Auto Pay Amount:** $79.99  070721
Auto Pay Scheduled - Do Not Send Payment

SAINATH BANDARI
7863 RIVER ROCK WAY
COLUMBIA MD 21044–4082

**SAINATH BANDARI**
Account Number: ▮▮▮▮▮▮▮▮
Bill Date: July 7, 2021

## Your Discounts

| | Price | Your Discounts | Amount You Pay | Discount Details |
|---|---|---|---|---|
| **Services & Equipment Discounts** | | | | |
| Fios Gigabit Connection | 134.99 | -45.00 | 89.99 | $45 discount has no current expiration. |
| Auto Pay and Paper Free Discount | | -10.00 | | $10 Internet discount has no current expiration. |
| Rent: Fios Quantum Gateway Router | 12.00 | -12.00 | .00 | $12 discount expires 12/7/21. |
| **Subtotal** | | -$67.00 | | |
| **Discounts This Month** | | **-$67.00** | | |

Discounts have been applied to the Total Due shown on page 1.

# Verizon Fast Facts

## My Verizon

Managing your Verizon services is easy with My Verizon. You can add or change services, review and pay your bill, update your email address, create sub-accounts and more. Register at verizon.com/myverizon to get started.



## ⓘ Frequently Asked Questions

### Why does my bill fluctuate?

Your bill amount fluctuates when you:
- Request a change to your service
- Purchase or rent movies
- Use directory assistance
- Make calls outside of your calling plan
- Receive a promotional credit
- Lose a promotional credit
- Receive a price change

### How can I request a duplicate bill?

Duplicate bills can be downloaded and printed at verizon.com/billview.

### What is the balance that I currently owe?

You can review your most current balance information by using the My Fios app (works for non-Fios customers too) or online at verizon.com/BillView.

**SAINATH BANDARI**
Account Number:
**Bill Date: July 7, 2021**

📤 **Ways to pay**
• Via the My Fios app
• Online at verizon.com/PayOnline

## Details of Payments

| Payments | | |
|---|---:|---|
| Previous Balance | 79.99 | |
| Payment Received - Thank You | -79.99 | 6/28 |
| **Balance Forward** | **$.00** | |

Payment activity since last bill date.

## Details of Charges

Includes discounts shown on page 2.

| Services, Equipment & Discounts | | |
|---|---:|---|
| **Services** | | |
| Fios Gigabit Connection | 89.99 | |
| **Discounts** | | |
| Auto Pay and Paper Free Discount | -10.00 | |
| **Subtotal** | **$79.99** | 7/8 - 8/7 |
| **Total Due** | **$79.99** | |

Equipment and additional services to personalize your Fios service.

SAINATH BANDARI
Account Number:
Bill Date: July 7, 2021

# ⓘ Important

**New Verizon Customer Agreement**
Please review new Fios Service Terms:
https://www.verizon.com/about/Verizon-Customer-Agreement-Int-TV-Voice-Prepaid.pdf

**Verifying your Bill after a Change to Service**
Customers receiving the first bill following a new order or a change order to current services may contact Verizon up to ten (10) days from the due date of the first bill if they believe there is a discrepancy between the amounts in their Order Summary and the amounts on their bill.

## Customer Notices

**Your Choices to Limit Use and Sharing of Information for Marketing**
You have choices about Verizon's use and sharing of certain information for the purpose of marketing new services to you. Verizon offers a full range of services, such as television, telematics, high-speed internet, video, and local and long distance services.

Unless you notify us as explained below, we may use or share your information beginning 30 days after the first time we notify you of this policy. Your choice will remain valid until you notify us that you wish to change it, which you have the right to do at any time. Verizon protects your information and your choices won't affect the provision of any services you currently have with us.

- Customer Proprietary Network Information

Customer Proprietary Network Information (CPNI) is information available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. If you don't want us to use or share your CPNI with our affiliates and agents for this purpose, let us know by calling us any time at 1.866.483.9700.

- Information about Your Credit

Information about your credit includes your credit score, the information found in your consumer reports and your account history with us. We may share this information among the Verizon family of companies for the purpose of marketing new services to you. If you don't want us to share this information among the Verizon family of companies for the purpose of marketing new services to you, let us know by calling us any time at 1.844.366.2879.

**Electronic Fund Transfer (EFT)**
Paying by check authorizes us to process your check or use the check information for a one-time EFT from your bank account. Verizon may retain this information to send you electronic refunds or enable your future electronic payments to us. If you do not want Verizon to retain your bank information, call 1.888.500.5358.

**Late Payment Charges**
**To avoid a late payment charge of 1.5% of your total due, full payment must be received before Aug 9, 2021.**

**Service Providers**
Verizon MD provides regional, local calling and related features, other voice services, and Fios TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service and Fios TV equipment. Fios is a registered mark of Verizon Trademark Services LLC.

## Services

**Questions**
- Visit verizon.com/Support
- 1.800.Verizon (1.800.837.4966)
- Customers with disabilities, call 1.800.974.6006 (voice or tty)

**Bankruptcy Information**
If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.