# EXHIBIT G

 **Gmail**                                                                    **Sainath Bandari <sbandari@gmail.com>**

## Fwd: Your recent inquiry (receipt #EAC-21-050-51206)
1 message

**Srujana budde** <srujana.budde@gmail.com>                                          Wed, Jun 9, 2021 at 2:32 PM
To: sainath bandari <sbandari@gmail.com>


---------- Forwarded message ---------
From: **USCIS** <USCIS-CaseStatus@dhs.gov>
Date: Wed, Jun 9, 2021 at 12:46 PM
Subject: Your recent inquiry (receipt #EAC-21-050-51206)
To: <srujana.budde@gmail.com>


U.S. Department of Homeland Security
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS,VT 05479

U.S. Citizenship and Immigration Services
Wednesday, June 9, 2021

Emailed to srujana.budde@gmail.com

Dear Srujana Budde:

On 06/07/2021, you or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I765

Filing date:
-- 11/19/2020

Receipt #:
-- EAC-21-050-51206

Referral ID:
T1B1582101664VSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Expedite

The status of this service request is:

Your request for expeditious processing is denied.

Upon receipt of your letter requesting expeditious handling, this matter was reviewed and a determination was made that it does not meet the criteria for special handling.

The petition or application will be processed within the normal processing time.

We hope this information is helpful to you.
-----------------------------------
Online Services

To stay current on your case, we have tools to help you at www.uscis.gov/tools and my.uscis.gov, including:
-Sign up for automatic case updates in myUSCIS: my.uscis.gov/account
-Ask our virtual assistant Emma: www.uscis.gov/emma
-Check your case status: www.uscis.gov/casestatus
-Check processing times: www.uscis.gov/processingtimes
Address Changes: If you move, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.
If you try our online tools and still need help, please call USCIS Contact Center at 800-375-5283 or 800-767-1833 (TDD for the hearing impaired).
Thank you for your inquiry. We appreciate your continued patience.

3/14/2021    Gmail - USCIS values your feedback!

# Gmail

## USCIS values your feedback!
1 message

**USCIS-Surveys** <noreply@qemailserver.com>    Sainath Bandari <sbandari@gmail.com>
Reply-To: USCIS-Surveys <noreply@qemailserver.com>    Fri, Mar 5, 2021 at 12:50 PM
To: sbandari@gmail.com

Thank you for contacting USCIS Contact Center.

We would like to ask you to complete our brief survey regarding your experience. Participation in this survey is voluntary and confidential. Your feedback is essential to help us better understand how we can continue to improve the services we provide. Your responses will be used for our quality assurance and training purposes.

It takes just a couple of minutes to complete this survey. We look forward to receiving your feedback!

*Please note, this e-mail box is not monitored. If you have any further questions, please visit USCIS.gov or USCIS.gov/es

Thank you,

USCIS Contact Center

**Follow this link to the Survey**
Take the survey

Or copy and paste the URL below into your internet browser:
https://uscisomnichannel.gov1.qualtrics.com/jfe/form/SV_7O65vhPfXf4Wold?Q_DL=If5vtIBSbl8P9OY_7O65vhPfXf4Wold_CGC_a2wjRBWPMoPJdiK&Q_CHL=email

Follow the link to opt out of future emails:
Click here to unsubscribe

https://mail.google.com/mail/u/0?ik=0c8c5af563&view=pt&search=all&permthid=thread-f%3A1693415273388567247&simpl=msg-f%3A1693415273388567247    1/1