UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SRUJANA BUDDE ) | |
| ) | Civil Action No. 1:21-cv-01970-DLF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SRUJANA BUDDE hereby voluntarily dismisses this action without prejudice. Defendant has neither answered nor filed a motion for summary judgment.

Dated: August 17, 2021                    Respectfully Submitted:

By:    /s/ Mika B. Kozar, Esq.
Mika B. Kozar, Esq. (Bar ID: NJ028)
Law Office of Thomas V. Allen, PLLC
P.O. Box 517
Monmouth Junction, NJ 08852
Tel: (732) 832-7978
Fax: (609) 288-7733
mika@tvalawyers.com
Counsel for Plaintiff